IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| StormTrap LLC, | : |
| | : |
| Plaintiff, | : Civil Action No. 3:10-CV-218 (CFD) |
| | : |
| vs. | : |
| | : |
| Arrow Concrete Products, Inc. | : |
| | : |
| Defendant. | : |

## CONSENT JUDGMENT AND DISMISSAL

Upon consent and agreement of Plaintiff StormTrap LLC ("StormTrap") and Defendant Arrow Concrete Products, Inc. ("Arrow") to the entry of a Consent Judgment and Dismissal, and the Court, being fully and sufficiently advised in the premises:

WHEREAS, Plaintiff contends in its Amended Complaint that Defendants committed patent infringement of U.S. Patent Nos.6,991,402 and 7,160,058 under the Patent Laws of the United States, 28 U.S.C. §§ 1331, 1338(a), and 35 USC § 281, by making, using and selling certain precast modular storm water detention systems ("Prohibited Structures").

WHEREAS, the Parties desire to finally settle and resolve any and all matters in dispute between them in relation to the above-captioned litigation.

WHEREAS, the Parties have entered into a Settlement Agreement dated May 5, 2011.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter. Defendant hereby consents to the personal jurisdiction of this Court, agrees that venue is proper in this District, and waives any objection they may have with regard to personal jurisdiction, venue or service of process.

2. Defendant and each of its principals, officers, agents, servants, employees, affiliates, subsidiaries, representatives, directors, shareholders, successors and assigns, as well as all other parties in active participation with or under their control, are hereby permanently enjoined from manufacturing, installing, marketing, advertising, distributing, selling, importing into the United States, and/or offering for sale the Retain-It storm water retention and/or detention systems installed for the CVS Project and the Home Depot Project, as specified in the Settlement Agreement.

3. Arrow has modified the design of its Retain-It systems, and StormTrap has agreed that several systems are "Permitted Structures" under the Settlement Agreement. This Consent

Judgment and Dismissal shall not apply to Permitted Structures as defined in the Settlement Agreement.

4. This Consent Judgment and Dismissal shall bind and inure to the benefit of all Parties hereto and all their assigns and successors in interest.

5. The Complaint and Counterclaims in this action are hereby dismissed with prejudice.

6. The Court retains jurisdiction to enforce this Consent Judgment and Dismissal and the Settlement Agreement between the Parties.

Date: May 5, 2011

        Gene S. Winter, ct05137
        Erin R. Woelker, ct27552
        Roy D. Gross, ct27803
        ST. ONGE STEWARD JOHNSTON & REENS LLC
        986 Bedford Street
        Stamford, Connecticut 06905-5619
        Telephone: (203) 324-6155
        Facsimile: (203) 327-1096
        Email: gwinter@ssjr.com and litigation@ssjr.com

*Attorneys for Arrow Concrete Products, Inc.*

        Edward D. Manzo
        edward.manzo@huschblackwell.com
        Michele S. Katz
        michele.katz@huschblackwell.com
        HUSCH BLACKWELL LLP
        120 South Riverside Plaza, 22nd Floor
        Chicago, Illinois 60606
        Tel: (312) 655-1500
        Fax: (312) 655-1501

*Attorneys for StormTrap LLC.*

        Christopher F. Droney
        United States District Judge

May ___, 2011